In the Matter of the Claim of LUIS A. RIVERA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.